FILED ____ ENTERED
LOGGED ____ RECEIVED

AUG 2 7 2010

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MARYLAND

Michelle S. Meier

9918 Big Rock Road

Silver Spring, MD 20901

Montgomery County, Maryland

    **Plaintiff**

v.

Civil No.: PJM 10 CV 2382

The Honorable John M. McHugh,

Secretary of the Army

101 Army Pentagon

Washington, DC 20310-0101

    Serve:

    c/o Chief, Litigation Division, HQDA (DAJA-LT)

    901 North Stuart Street

    Arlington, VA 22203-1837

**Defendant**

## COMPLAINT

1. Jurisdiction in this case is based on a federal question arising under the federal Freedom of Information Act (FOIA), 5 U.S.C. section 552 et seq.

2. This court has jurisdiction over this action pursuant to 5 U.S.C. section 552(a)(4)(B).

3. The facts of this case are:

a) On March 24, 2010, the plaintiff in this case, Michelle S. Meier, sent a letter, dated March 23, 2010, to the defendant under the FOIA. (A true and correct copy of the letter dated March 23, 2010, is attached hereto as Exhibit 1.)

b) This request, sent via email, was addressed to the main FOIA office of the U.S. Department of the Army. By letter dated May 4, 2010, the United States Military Academy ("USMA"), to which the request had been internally forwarded by the Army, informed plaintiff that it was still processing the request. (A true and correct copy of the letter dated May 4, 2010, is attached hereto as Exhibit 2.)

c) By letter dated June 14, 2010, USMA informed plaintiff that it had not located documents responsive to the March 23 request and had forwarded the March 23 request to another office within the Army, the Office of the Assistant Secretary, Manpower and Reserve Affairs, 111 Army Pentagon, Washington, DC 20310-0111. (A true and correct copy of the letter dated June 14 is attached hereto as Exhibit 3.)

d) Under FOIA, federal agencies are required to respond promptly to citizen requests for documents. Under section (a)(6)(A)(i), an agency has 20 business days after receiving the request to determine whether to comply with the request and to notify "immediately" the requester of that decision. 5 U.S.C.(a)(6)(A)(i). This strict time limit may be extended in limited circumstances, but any extension is limited to 10 additional business days. 5 U.S.C. section 552(a)(6)(B)(i). The Army has exceeded these important time limits. It was required to respond to the plaintiff's request by producing the documents or clearly indicating that it was refusing to produce them, on or about May 5, 2010, which is 30 business days from March 24, 2010.

    e) The statutory time limits are designed to deter an agency from avoiding or delaying the production of requested documents by sending a citizen's request from one office to another within the same agency over a protracted time period. The statute holds an agency responsible for identifying the location of requested documents within its possession.

    f) On information and belief, the requested documents are in the possession of the Army. One type of requested document, for example, is referenced in a September 28, 2005 memorandum attached to the initial March 23 request, which is attached as Exhibit 1. That September 28, 2005 memorandum indicates that the Superintendent of USMA was to submit to the Office of Manpower a certain quarterly report, which is one of the categories of documents requested by plaintiff, beginning in January 2006.

4) Plaintiff requests relief in the form of the following:

    a) An injunction ordering the U.S. Army to produce promptly the documents requested in plaintiff's March 23, 2010 letter.

    b) Costs and attorney's fees, which are recoverable under 5 U.S.C. section 552(a)(4)(E).

    c) A finding that agency personnel in this case acted arbitrarily and capriciously, under 5 U.S.C. section 552(a)(4)(F), with respect to withholding the requested documents.

*[signature]*

Signature of Plaintiff Michelle S. Meier

9918 Big Rock Road

Silver Spring, MD 20901

Phone: 240-423-3754 (No fax number)

Michelle_S_Meier@yahoo.com